
SEALED

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
NOV 10 2016
BY D. MARK JONES, CLERK
_____
DEPUTY CLERK

JOHN W. HUBER, United States Attorney (#7226)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: stephen.nelson@usdoj.gov

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TRAVIS FROMMER, Defendant. | Case No. 2:16mj 580-DBP COMPLAINT Judge Dustin B. Pead |

Before the Honorable Dustin B. Pead, United States Magistrate Court Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

### COUNT I
18 U.S.C. § 922(g)(1)
[Felon in Possession of a Firearm and Ammunition]

On or about November 10, 2016, in the Central Division of the District of Utah,

TRAVIS FROMMER,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting commerce, a firearm, to wit: a

1

Smith & Wesson 40 caliber handgun and associated ammunition, all in violation of 18 U.S.C. § 922(g)(1).

This complaint is made on the basis of investigation consisting of the following:

On or about November 10, 2016, Salt Lake City Police Department Officers and FBI special agents were investigating Defendant Travis FROMMER. Detectives observed FROMMER exit the west part of the Hyatt Hotel in Salt Lake City, Utah. carrying approximately 4 sports like duffle bags walked towards the described vehicle and attempted to open the truck.    Detectives and federal agents approached FROMMER to detain and question him regarding a prior incident (FROMMER was observed by officers carrying a firearm on his belt hip on October 9th, 2016).   When they detained FROMMER, detectives asked if there was anything on his person that would harm or injure our persons.   FROMMER replied "You'll find everything in there", nodding towards the bags that he had exited the hotel with.    FROMMER continued by stating, "The AR-15 with the suppressor and a sawed off shotgun are in there", nodding towards the truck of the described vehicle.    FROMMER was also found to be in possession of a Smith & Wesson 40 caliber handgun, fully loaded, with a round of ammunition in the chamber.

Based on the foregoing information, your affiant respectfully requests that a warrant of arrest be issued for TRAVIS FROMMER for violations of 18 U.S.C. § 922(g)(1).

_____
Affiant,
Agent Jason Kennedy

SUBSCRIBED AND SWORN to before me this 10th day of November, 2016.

_____
Dustin B. Pead
United States Magistrate CourtJudge

APPROVED:

JOHN W. HUBER
United States Attorney

_____
STEPHEN L. NELSON
Assistant United States Attorney